RECEIVED

JUN 19 2008

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/08

                    -against-                         Crim. No. S5 07-CR-971 (RPP)

                                                      **NOTICE OF MOTION**

ISHMAEL HOUGHTON,
————————————————————X

        PLEASE TAKE NOTICE, that upon the Memorandum of Law annexed hereto,
the points and authorities contained herein, the affidavit of the defendant, and the
proceedings had heretofore, the defendant ISHMAEL HOUGHTON, by his attorney,
James Kousouros, will move this court, before the Honorable Robert P. Patterson, Jr.,
United States District Judge, at the United States District Courthouse, 500 Pearl Street,
New York, New York on the 18th day of June, 2008 at 9:30 A.M. or at such time as
counsel may be heard, for the following relief:

        1.      An Order, suppressing all post-arrest statements made on October 29, 2007
as the tainted fruit of the unlawful custodial interrogation of Ishmael Houghton, or in
the alternative directing that a pre-trial evidentiary hearing be conducted to determine
the admissibility of said statements;

        2.      An Order, suppressing all items seized and statements made by Mr.
Houghton in California on August, 2007 as the search which precipitated the seizure
and statements was in derogation of Mr. Houghton's Constitutional Rights, or in the

*SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED*

This motion having been withdrawn in view of the
defendant's guilty plead. Accordingly, the motion to
dismissed as moot.    So ordered
    7/23/08              Robt P Patterson

Exhibit A        Exhibit B

## **CONCLUSION**

Based upon the foregoing, it is respectfully requested that these Motions be granted in their entirety, and for such other and further relief as this Court may deem necessary and proper in the premises.

Respectfully submitted,

/s/
JAMES KOUSOUROS

Case:      **United States v. Ishmael Houghton**
Index No.  **07 Cr. 971 (RPP)**

**MEMO ENDORSEMENT READS:**

> *This motion having been withdrawn in view of the defendant's guilty plea. Accordingly, the motion is dismissed as moot.*
>
> *So ordered.*
>
> *Robert P. Patterson, Jr., U.S.D.J., 7/23/08*